WEST TOWNS BUS CO. *v.* LAU.

No. 447.   Decided December 7, 1959.

*Edward S. Macie* for appellant.

*James A. Dooley* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MATTHEWS ET AL. *v.* HANDLEY, GOVERNOR OF INDIANA, ET AL.

No. 448.   Decided December 7, 1959.

*Edward V. Minczeski* for appellants.

*Edwin K. Steers,* Attorney General of Indiana, and *Lloyd C. Hutchinson,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.